Jason Anderson
Name

17123-027 Unit K3
Prison Number

Federal Correctional Institution
P.O. 1000
Sandstone, MN 55072
Address or Place of Confinement

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court

Jason Anderson
Full Name (First, Middle, Last)

CASE NO. 23-cv-1137 KMM/JFD
(to be supplied by the Clerk of the United States District Court)

Petitioner,

vs.

Warden Thomas
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

RECEIVED BY MAIL APR 20 2023
CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED APR 20 2023 U.S. DISTRICT COURT MPLS

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. __X__ other Sentence Computation

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

# PETITION

(1) Place of detention: Sandstone FCI

(2) Name and location of court which imposed sentence: Northern District of Indiana

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
18 U.S.C. § 922(g)(1)

(4) The date upon which sentence was imposed and the terms of the sentence:
3/1/2018

(5) What was your plea (check one):   Not guilty ( )   Guilty (X)   Nolo contendere ( )

(6) Kind of trial (check one):   Jury ( )   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (X)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: Seventh Circuit
Grounds raised (list each):
   1) Challenge to ACCA sentencing enhancement
   2)
Result/Date of result: affirmed

SECOND APPEAL:
Name of court: ___
Grounds raised (list each):
   1)
   2)
Result/Date of result: ___

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE** _Improper Sentence Calculation / Due Process_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is — who did exactly what to violate your rights at what time or place.

Anderson is entitled to immediate release. Anderson was resentenced to 102 months on March 8, 2023 after successfully challenging his ACCA sentencing enhancement on a § 2255 motion Exhibit A. At sentencing, the court recognized that Anderson had served 72 months as of resentencing. Exhibit B. Yet, the BOP is calculating Anderson's sentence as if Anderson has only served 4 years and 6 days of his sentence. Exhibit C. If the BOP properly calculated Anderson's sentence, then Anderson would be entitled to immediate release. Exhibit D.

**GROUND TWO** _____

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )   No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL            Level of appeal: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

SECOND ADMINISTRATIVE APPEAL           Level of appeal: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result _____

THIRD ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL       Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(11) Is the grievance process completed?   Yes ( )   No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )   No (X)

(13) If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

SECOND PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

_____
_____
_____
_____
_____

(15) Are you presently represented by counsel?

Yes ( )   No (X)

If so, provide your attorney's name, address, and telephone number:
_____
_____

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( )   No (X)

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

4-16-23
(Date)

*[signature]*
(Signature of Petitioner)

_____
(Signature of Attorney, if any)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 5 of 5