# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jason Anderson, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 23-cv-1137 (JMB/JFD) |
| Warden Thomas, | |
| Respondent. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jason Anderson's Objections to the Report and Recommendation (Doc. No. 19) are OVERRULED;

2. The Report and Recommendation (Doc. No. 14) is ADOPTED;

3. Anderson's Petition for a Writ of Habeas Corpus Under § 28 U.S.C. § 2241 (Doc. No. 1) is DENIED;

4. Anderson's Motion for Preliminary Injunction (Doc. No. 7) is DENIED AS MOOT; and

5. The action is DISMISSED WITH PREJUDICE.

Date: 3/22/2024                                                               KATE M. FOGARTY, CLERK